# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Fort Hill Square Associates                                    Case Number: 04-13855  Ch: 11

**MOVANT/APPLICANT/PARTIES**

#473 Motion For Order to Disqualify IP Company, L.L.C. and Boston Funding, L.L.C. From Voting on the Basis of Bad Faith.
#489 Objection by IP Company
#589 Response of Creditors Committee
#598 Reply Memorandum in Support of #489
H. Murphy for Debtor
M. Gardener for IP Company

OUTCOME:
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment:  Brief(s) due_____  From_____
                                 Response(s) due_____  From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

*#473 and all related documents taken under advisement.*

IT IS SO NOTED:                          IT IS SO ORDERED:

*[signature]*                            *[signature]* Dated: 10/8/04
Courtroom Deputy