# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court - Test

**In Re:**                                                    **Case Number:**                              **Ch:**

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained

\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled

\_\_\_\_\_OSC enforced/released

\_\_\_\_\_Continued to:_____For:_____

\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____

\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference

\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____

                                Response(s) due_____From_____

\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____

\_\_\_\_\_No appearance/response by:_____

\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                                              IT IS SO ORDERED:

_____                                      _____Dated:_____

Courtroom Deputy